### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

MARIA BROOKS                                                                                          PLAINTIFF


VS.                                                                    CIVIL ACTION NO. 1:09CV251-A-A


MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT


### FINAL JUDGMENT

On consideration of the file and records in this case, the court finds that the report and

recommendation of the United States Magistrate Judge dated April 15, 2010, was served by

electronic mail through the court's CM/ECF system upon counsel for the plaintiff and upon the

attorney of record for the defendants; that more than fourteen days have elapsed since service of

the report and recommendation; and that no objections have been filed by the parties.  The court

is of the opinion that the report and recommendation should be approved and adopted as the

opinion of the court.

It is, therefore, **ORDERED:**

1.      that the report and recommendations of the United States Magistrate Judge dated

        April 15, 2010, is approved and adopted as the opinion of the court, and

2.      that the decision of the Commissioner is **REVERSED** and this case is

        **REMANDED** to the Commissioner for determination of benefits.

THIS, the 11th  day of May, 2010.

                                                     /s/ Sharion Aycock
                                                     U.S. DISTRICT JUDGE